UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LEAUTHRY CARPENTER, | Case No. 24-cv-02759-WHO |
|---|---|
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING CASE FOR LACK OF JURISDICTION** |
| GOR D SARGSYAN, | Re: Dkt. No. 54 |
| Defendant. | |

On April 23, 2025, Judge Beeler issued a Report and Recommendation recommending that this case be dismissed for lack of subject matter jurisdiction. Dkt. No. 540  Specifically, Judge Beeler determined that Carpenter's complaint neither presented a cognizable federal question, nor did it allege sufficient facts to establish diversity jurisdiction. Dkt. No. 53.  Carpenter's constitutional claim is not cognizable against a private citizen, and his remaining claims allege only state-law torts. Dkt. Nos. 1; 52 (Notice of Voluntary Dismissal of Defendant City and County of San Francisco).  And, the complaint alleges that both parties reside in San Francisco, California. Dkt. No. 1.

Objections to Judge Beeler's Report and Recommendation were due by May 7, 2025.  As of the date of this Order, no objections or other response has been filed.

Reviewing the record in this case and Judge Beeler's Report and Recommendation, I find Judge Beeler's report thorough and correct; I adopt it in every respect.  Accordingly, the complaint is dismissed with prejudice for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated: May 12, 2025



William H. Orrick
United States District Judge